UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE CHO, an individual dba DAN SUNG SA Restaurant,<br><br>Plaintiff,<br><br>v.<br><br>CASNAK LLC, an Indiana limited liability company, and CHRISTINA AULT, an individual,<br><br>Defendants. | CASE NO. 2:22-cv-04642 JLS-AMF<br><br>**JUDGMENT OF DISMISSAL** |

1       On July 27, 2023, the Court issued an Order requiring the parties to file a status report regarding the arbitration of Plaintiff's claims in this action within three days.  (See July 27, 2023 Order, Doc. 32.)  The Court advised the parties that it would dismiss the case for failure to prosecute if no status report was filed.  (*Id.*)  To date, no such report has been filed.  Accordingly, the Court DISMISSES WITHOUT PREJUDICE Plaintiff's Complaint.

DATED:  August 10, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE